```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  SANGBIN STEDE LEE          CASE NO. 3:06-mj-00054-JDR
Defendant: X Present X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           ROBIN M. CARTER

UNITED STATES' ATTORNEY:         TOM BRADLEY

DEFENDANT'S ATTORNEY:            M.J. HADEN, APPOINTED

U.S.P.O.:                        ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON ARREST ON CENTRAL DISTRICT
             OF CALIFORNIA WARRANT ON PETITION TO REVOKE
             SUPERVISED RELEASE HELD 3/15/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 4:03 p.m. court convened.

X Copy of petition given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED.**
  X Federal Public Defender accepted appointment; FPD notified.

X Defendant detained.

X Waiver of Rule 40 Hearings **FILED**.

X Commitment to Another District **FILED**.

At 4:19 p.m. court adjourned.




DATE: March 15, 2006           DEPUTY CLERK'S INITIALS:    Rc